ALEXANDER KOPKO, ADMINISTRATOR, ETC., RESPOND-
ENT, v. NEW YORK LIVE POULTRY TRUCKING COM-
PANY, APPELLANT.

Submitted October 29, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 498.

*102 N. J. L.* Landell v. Bd. Conservation and Development.

For the respondent, *O'Brien & Tartalsky.*

For the appellant, *Lazarus, Brenner & Vickers.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 13.

*For reversal*—None.